IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARNOLDO DAVID LOPEZ, § § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-273 |
| § | |
| LORIE DAVIS, § § | |
| Respondent. § | |

# ORDER

The Court is in receipt of the Respondent's Motion for Summary Judgment, Dkt. No. 14, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 15. No objections to the M&R were filed by the Petitioner.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15. Accordingly, the Court **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 14, and **DISMISSES** Petitioner's application for habeas corpus relief. Further, the Court **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 27th day of September, 2019.

_____
Hilda Tagle
Senior United States District Judge